JS-6

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R/D CONSTRUCTION - ROBERTS & DELATORRE,<br><br>    Plaintiff,<br><br>    v.<br><br>DBN YANONALI LLC; FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR UNITED COMMERCIAL BANK; SB6 GROUP, LLC,<br><br>    Defendants. | Case No. CV-10-3663 PA (RCx)<br><br>ORDER |

GOOD CAUSE APPEARING THEREFOR, the entire action is dismissed with prejudice.

Dated: March 21, 2011

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT COURT JUDGE

Order